ORIGINAL



RECEIVED
MAY - 2001
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 2 0 2001
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 144 NURSING HOME PENSION FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, et al.,<br><br>Defendants. | No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING THE MOTION TO CONSOLIDATE RELATED ACTIONS |

1. This Court, having considered Movants' Motion to Consolidate Related Actions, for good cause shown, hereby ORDERS as follows:

2. The following actions are consolidated for all purposes, including, but not limited to, discovery, pretrial proceedings and trial proceedings pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

| Abbreviated Case Name | Case No. | Date |
|---|---|---|
| *Local 144 Nursing Home Pension Fund v. Oracle Corp., et al.* ("*Local 144*") | C-01-0988-MJJ | 03/09/01 |
| *Bielanski v. Oracle Corp., et al.* | C-01-1001-MJJ | 03/09/01 |
| *Yaish, et al v. Oracle Corp., et al.* | C-01-1237-MJJ | 03/12/01 |
| *Birnbaum v. Oracle Corp., et al.* | C-01-1011-MJJ | 03/12/01 |
| *Haenel v. Oracle Corp., et al.* | C-01-1036-MJJ | 03/13/01 |
| *Berdakina v. Oracle Corp., et al.* | C-01-1030-MJJ | 03/13/01 |
| *Lowinger, et al. v. Oracle Corp.* | C-01-1040-MJJ | 03/13/01 |
| *Azerrad v. Oracle Corp., et al.* | C-01-1047-MJJ | 03/13/01 |
| *Walanka v. Oracle Corp., et al.* | C-01-1048-MJJ | 03/13/01 |
| *Greenblatt v. Oracle Corp., et al.* | C-01-1097-MJJ | 03/16/01 |
| *Gollomp v. Oracle Corp., et al.* | C-01-1113-MJJ | 03/19/01 |
| *Goldfein v. Oracle Corp., et al.* | C-01-1160-MJJ | 03/21/01 |
| *Gordon v. Oracle Corp., et al.* | C-01-1174-MJJ | 03/22/01 |
| *Tuchman v. Oracle Corp., et al.* | C-01-01263-MJJ | 03/28/01 |
| *Rothsholder v. Oracle Corp., et al.* | C-01-1036-MJJ | 03/28/01 |
| *Monderer v. Oracle Corp., et al.* | C-01-1289-JL | 03/30/01 |
| *Farrell, et al. v. Oracle Corp., et al.* | C-01-1326-JCS | 04/03/01 |
| *Salvo v. Oracle Corp., et al.* | C-01-1416-EDL | 04/10/01 |
| *Hart, et al. v. Oracle Corp., et al.* | C-01-1436-EDL | 04/11/01 |

3. The docket in Civil Action No. C-01-0988-MJJ shall constitute the Master Docket for this action.

1    4.    Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES ) <br> LITIGATION ) <br>   ) <br> This Document Relates To:   ) <br> ─────────────────────────────── ) | Master File No. C-01-0988-MJJ <br><br> <u>CLASS ACTION</u> |

5.    This file in Civil Action C-01-0988-MJJ shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To." When a pleading applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To," the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

6.    All related actions that are subsequently filed in, or transferred to, this district shall be consolidated into this action. This Order shall apply to every such action, absent order of the Court. A party that objects to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of the Order is mailed to the party's counsel.

7.    The parties shall file a notice of related case whenever a case that should be consolidated into this action is filed in, or transferred to this district. The Clerk shall:

(a)    place a copy of this Order in the separate file for such action;

(b)    serve on plaintiffs' counsel in the new case a copy of this Order;

(c)    direct that this Order be served upon defendants in the new case; and

(d)    make the appropriate entry in the Master Docket.

8.    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

9.    Plaintiffs represent that the first notice of pendency of these cases was published on or about March 9, 2001, and thereafter in widely circulated national business-oriented publications,

1  in compliance with the requirements of §21D(a)(3) of the Private Securities Litigation Reform Act
2  of 1995.
3      10.  Plaintiffs shall file a consolidated complaint not later than 45 days after the filing of
4  the Court's Order appointing a lead plaintiff and lead counsel in this action. The parties will meet
5  and confer to propose to the Court a briefing schedule and hearing date for defendants' response to
6  the consolidated complaint. Defendants need not respond to any of the individual actions
7  consolidated into this action.

\* \* \*

ORDER

IT IS SO ORDERED.

DATED: 6/19/2001

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

DATED: May 8, 2001

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
WILLIAM S. LERACH
MARK SOLOMON
DOUGLAS R. BRITTON

MARK SOLOMON

600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

G:\CASES\Oracle3\DRD81670.ord

[PROPOSED] ORDER GRANTING THE MOTION TO CONSOLIDATE RELATED
ACTIONS - C-01-0988-MJJ

- 3 -